■ BENNETT BROTHERS, INC., v. FLOYD BENNETT FARMERS MARKET CORPORATION et al.— Motion to dismiss appeal dismissed, having become academic by virtue of the decision of this court in Bennett Bros. v. Floyd Bennett Farmers Market Corp. (18 A D 2d 905). Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT HILTON.— On the court's own motion, the appeal from the judgment of conviction rendered by the Court of General Sessions, New York County, on June 13, 1962 is dismissed since the notice of appeal was filed on December 6, 1962, more than 30 days after rendition of the judgment (see Code Crim. Pro., § 521). The motion of defendant for leave to appeal as a poor person is, therefore, dismissed as academic. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LARRY DE BARRY.— On the court's own motion, the appeal from the judgment of conviction rendered by the Court of General Sessions, New York County, on June 22, 1962 is dismissed since the notice of appeal was filed on December 6, 1962, more than 30 days after rendition of the judgment (see Code Crim. Pro. § 521). The motion of defendant for leave to appeal as a poor person is, therefore, dismissed as academic. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Accounting of HANOVER BANK et al., as Executors of MURIEL K. BELLAMORE, Deceased.— Application for resettlement denied. The order directing that costs be payable out of the estate is clear enough, in the absence of limitation to the particular fund. Such imposition is permissible in the exercise of discretion. (E.g., Matter of Ablett, 3 N Y 2d 261, 278–279; Matter of James, 2 Misc 2d 468.) Concur — Breitel, J. P., Rabin, McNally, Eager and Bergan, JJ.